# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN ANTHONY GENTRY ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-2617 |
| ) | |
| v. ) | JURY DEMANDED |
| ) | |
| JUDGE JOE H. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

___

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION
___

Defendant, Circuit Court Judge Joe H. Thompson, submits this response in opposition to Plaintiff's objections to the Magistrate Judge's Report and Recommendation. Judge Thompson moved for dismissal of this claim based on the *Rooker-Feldman* doctrine, absolute judicial immunity, the statute of limitations, and the Eleventh Amendment. (RE 11, Motion to Dismiss.) The Magistrate Judge's Report and Recommendation found that these arguments were well-taken and recommended dismissal of all claims with prejudice. (RE 20, Report and Recommendation.)

Plaintiff has now filed objections to the Report and Recommendation, arguing that the Magistrate Judge erred by dismissing his claim. (RE 21, Plaintiff's Objections.) He raises many of the same arguments made in responding to Judge Thompson's motion to dismiss. Plaintiff's objections do not change the legal conclusions reached by the Magistrate Judge. This claim should be dismissed for the reasons set forth in Judge Thompson's motion to dismiss and supporting memorandum. This Court should accept and approve the recommendations of the Magistrate Judge and dismiss this claim with prejudice.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/Joseph Ahillen
JOSEPH AHILLEN, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P. O. Box 20207
Nashville, Tennessee 37202-0207

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2017, a copy of the foregoing was filed electronically. On this same date, a copy of the foregoing was sent by first-class mail to the following address:

John A. Gentry
208 Navajo Court
Goodlettsville, TN 37072

s/Joseph Ahillen
JOSEPH AHILLEN