## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

John Anthony Gentry

                    Plaintiff,

v.                                        Case No.: 3:16−cv−02617

Joe H. Thompson

                    Defendant,

### ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/6/2017 re [27].

                              Keith Throckmorton, Clerk
                              s/ Jessica Wayman, Deputy Clerk