Motion DENIED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

JOHN ANTHONY GENTRY, )
   Plaintiff )
)
)   CASE NO. 3:16-cv-02617
vs. )   Judge Trauger/Brown
)
THE HONORABLE JUDGE )
JOE H THOMPSON )   JURY DEMANDED (12)
CIRCUIT COURT JUDGE )
   Defendant )
)

---

**PLAINTIFF'S MOTION TO ALTER JANUARY 26, 2017
MEMORANDUM & ORDER
AND REQUEST FOR LEAVE TO AMEND**

---

Pursuant to Fed. R. Civ. P. Rule 59 (e), Plaintiff hereby respectfully moves this Honorable Court to Alter or Amend the Order dated January 26, 2017 for good cause. Pursuant to Local Rule 7.01, Plaintiff's Motion is accompanied by a memorandum of law citing supporting authorities.

1. Pursuant to Fed. R. Civ. P. Rule 59 (e) as amended, "A motion to alter or amend a judgement must be filed no later than 28 days after the entry of judgement". This Court's Memorandum & Order was entered into the record on January 26, 2017. Plaintiff's Motion to Alter or Amend and accompanying Memorandum of Law are properly filed on February 26, 2017, only eleven days after entry of the Court's Order. Therefore, Plaintiff's Motion to Alter or Amend and accompanying memorandum of law are filed timely.

1