FILED
2017 FEB 17 AM 8:37
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> THE HONORABLE JUDGE ) <br> JOE H THOMPSON ) <br> CIRCUIT COURT JUDGE ) <br> Defendant ) <br> ) | CASE NO. 3:16-cv-02617 <br> Judge Trauger/Brown <br><br> JURY DEMANDED (12) |

## NOTICE OF APPEAL

Pursuant to Fed. R. Civ. P. Rule 3, and Rule 4, Notice is hereby given that Plaintiff John Anthony Gentry, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgements entered in this action on the 26th day of January 2017 and the 6th day February, 2017. Plaintiff's Notice of Appeal is timely filed pursuant to Fed. R. Civ. P. Rule 4(a)(1)(A) and Rule 4(a)(4)(A)(iv).

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent via email and via First Class US Mail, postage prepaid to;

Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

On this the 17th day of February, 2017

                                                    John Anthony Gentry, CPA