IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY,<br>Plaintiff | )<br>)<br>) |
| vs. | ) CASE NO. 3:16-cv-02617<br>) Judge Trauger/Brown<br>) |
| THE HONORABLE JUDGE<br>JOE H THOMPSON<br>CIRCUIT COURT JUDGE<br>Defendant | )<br>) JURY DEMANDED (12)<br>)<br>)<br>) |

## STATEMENT OF ISSUES APPELLANT INTENDS TO PRESENT ON APPEAL

Pursuant to Fed. R. Civ. P. Rule 10 (b) (3) (A), Plaintiff/Appellant hereby gives notice to all parties of the issues he intends to raise on appeal to the United States Court of Appeals For The Sixth Circuit, in the matter of Case No. 3:16-cv-02617.

1. Whether the District Court erred in finding this case should be dismissed for lack of jurisdiction under the Rooker-Feldman Doctrine.

2. Whether application of Rooker-Feldman Doctrine makes all Title 42 § 1983 claims arising from actions occurring during state court proceedings unenforceable.

3. Whether the District Court erred in denying Plaintiff's Motion to Amend.

4. Whether the District Court erred in denying Plaintiff's Motion to Strike the Magistrate Judge's Report and Recommendation.

1

5. Whether the District Court erred in denying Plaintiff's Motion for Evidentiary or Other Appropriate Hearing.

6. Whether the District Court erred in denying Plaintiff's Motions for Oral Arguments.

7. Whether the District Court erred in failing to provide Notice regarding the filing of the Magistrate Judge's Report and Recommendation.

8. Whether the District Court erred in mischaracterizing the background and facts of Plaintiff's Amended Complaint

9. Whether the District Court erred in not finding that judicial immunity does not apply to judges who exceed their authority and grossly violate constitutional rights.

10. Whether the District Court erred in not finding that the eleventh amendment necessarily does not provide immunity to individuals, officials or states when fourteenth amendment rights are grossly violated.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent via email and via First Class US Mail, postage prepaid to;

Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

On this the 24th day of February, 2017

                                                    John Anthony Gentry, CPA