IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY,<br>Plaintiff<br><br>vs.<br><br>THE HONORABLE JUDGE<br>JOE H THOMPSON<br>CIRCUIT COURT JUDGE<br>Defendant | CASE NO. 3:16-cv-02617<br>Judge Trauger/Brown<br><br>JURY DEMANDED (12) |

## NOTICE AND PLAINTIFF'S CERTIFICATION THAT NO TRANSCRIPT(S) WILL BE ORDERED

Pursuant to Fed. R. Civ. P. Rule 10 (b) (1) (B), Plaintiff/Appellant gives notice and hereby certifies to all parties that no transcripts will be ordered. Since no hearings were properly conducted, and Plaintiff's motions for oral arguments were denied and because Plaintiff is not aware of any oral arguments or testimony properly heard in this matter, in the United States District Court, Middle District of Tennessee, transcripts in this matter do not exist. Accordingly, no transcripts will be ordered and Plaintiff hereby certifies no transcripts will be ordered.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent via email and via First Class US Mail, postage prepaid to;

Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

On this the 24th day of February, 2017

                                                                    John Anthony Gentry, CPA